IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GEORGE MALTMAN AND<br>SUSAN MALTMAN, h/w,<br>　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>BAE<br>　　　and<br>BNP<br>　　　and<br>TURNER CONSTRUCTION COMPANY<br>　　　and<br>GRAINGER INDUSTRIAL SUPPLY,<br>　　　　　　Defendants. | :<br>:<br>:<br>:　Civil Action No: 02-CV-45-82<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## SUBSTITUTION OF COUNSEL ON BEHALF OF DEFENDANT BAE AUTOMATED SYSTEMS, INC.

This will verify that Richard Beck, Esquire of Klehr, Harrison, Harvey, Branzburg, & Ellers, LLP has withdrawn as counsel of record on behalf of Defendant BAE Automated Systems, Inc. in the above-captioned action, and that David N. Zeehandelaar, Esquire of Blank Rome Comisky & McCauley LLP is entering his appearance as new counsel of record on behalf of Defendant BAE Automated Systems, Inc., effective immediately.

Respectfully submitted,

KLEHR, HARRISON, HARVEY, BRANZBURG
& ELLERS, LLP


BY:_____
    RICHARD BECK, ESQ.
    260 S. Broad Street
    Philadelphia, PA 19102



BLANK ROME COMISKY & MCCAULEY LLP


BY:_____
    DAVID N. ZEEHANDELAAR
    BRETT D. STECKER
    One Logan Square
    Philadelphia, PA 19103
    (215) 569-5500

    Counsel for Defendants
    BAE Automated Systems, Inc. and Turner
    Construction Company

Dated: July ____, 2002