IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GEORGE MALTMAN AND
SUSAN MALTMAN, h/w,
    Plaintiffs,

v.

BAE

  and

BNP

  and

TURNER CONSTRUCTION COMPANY

  and

GRAINGER INDUSTRIAL SUPPLY

    Defendants.

02-4582

Civil Action No: 02-CV-45-82

FILED AUG - 2 2002

**ANSWER OF DEFENDANTS, BAE AUTOMATED
SERVICES, INC. AND TURNER CONSTRUCTION
COMPANY, INC., TO CROSSCLAIM OF CO-DEFENDANT,
W.W. GRAINGER, INC. (INCORRECTLY IDENTIFIED AS "GRAINGER
INDUSTRIAL SUPPLY"), AND CROSSCLAIM
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 13(g)**

Defendants, BAE Automated Services, Inc. and Turner Construction Company, Inc. (the "Answering Defendants"), by their undersigned counsel, answer crossclaim of Co-defendant, W.W. Grainger, Inc. ("Grainger") as follows:

1-2. Denied. The allegations contained in these paragraphs are directed to a defendant other than the Answering Defendants and they are therefore denied. To the

115866.00604/21047739v1

extent that the allegations are directed to the Answering Defendants, they are denied as conclusions of law to which no response is required.

**WHEREFORE**, the Answering Defendants, BAE Automated Services, Inc. and Turner Construction Company, Inc., demand that crossclaim of Co-Defendant Grainger be dismissed with prejudice, that judgment be awarded in their favor, along with interest and costs, and that they be granted such other relief as this Court deems proper.

115866.00604/21047739v1

## CROSSCLAIMS

FILED AUG - 2 2002

1. Co-Defendants, Grainger and BNP Associates, Inc., are solely liable to Plaintiffs for each of Plaintiffs' claims.

2. In the alternative, if the Answering Defendants are liable to Plaintiffs in any sum whatsoever, which liability is denied, then Co-Defendants, Grainger and BNP Associates, Inc., are jointly and/or severally liable with the Answering Defendants or are liable over to the Answering Defendants for all or part of Plaintiffs' claims by way of contribution and/or indemnification.

**WHEREFORE,** the Answering Defendants, BAE Automated Services, Inc. and Turner Construction Company, Inc., demand judgment in their favor for contribution and/or indemnity from Co-Defendants, Grainger and BNP Associates, Inc., along with interest, attorney's fees, costs of suit awarded, and such other relief as this Court deems proper.

BLANK ROME COMISKY McCAULEY LLP

BY: _____
DAVID N. ZEEHANDELAAR
KIRA. F. SPAMAN

Attorneys for Defendants,
BAE Automated Services, Inc. and Turner
Construction Company, Inc.

Dated: 8/2/02

## CERTIFICATE OF SERVICE

I, Kira F. Spaman, hereby certify that a true and correct copy of the foregoing Answer of Defendants, BAE Automated Services, Inc. and Turner Construction Company, Inc., To Crossclaim of Co-Defendant W.W. Grainger, Inc. and Crossclaim Pursuant to Federal Rule of Civil Procedure 13(g) was served this 2d day of August, 2002 via first class mail, postage prepaid on counsel of record as noted below:

Theresa M. Simmons, Esq.
Cordisco, Bradway & Simmons
234 Mill St.
Bristol, PA 19007
Counsel for Plaintiffs

Bruce D. Lombardo, Esq.
Sean Duffy, Esq.
Powell, Trachtman, Logan, Carrle, Bowman, & Lombardo
475 Allendale Road, Suite 200
King of Prussia, PA 19406
Counsel for Defendant BNP Associates, Inc.

Robyn McGrath, Esq.
Sweeney & Sheehan, P.C.
1515 Market Street Suite 1900
Philadelphia, PA 19102
Counsel for Defendant W.W. Grainger, Inc.

FILED AUG - 2 2002

Kira F. Spaman

115866.00604/21047739v1