IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GEORGE MALTMAN and | : | CIVIL ACTION |
| SUSAN MALTMAN, h/w | : | |
| | : | |
| v. | : | |
| | : | |
| BAE, BNP, TURNER CONSTRUCTION | : | |
| and GRAINGER INDUSTRIAL SUPPLY | : | NO.: 02-CV-4582 |

**REPLY OF DEFENDANT, W.W. GRAINGER, INC.,
TO CROSSCLAIM OF DEFENDANT, BNP ASSOCIATES, INC.**

1-2.   Denied.  These Averments are denied as conclusions of law to which no response is required.

**WHEREFORE,** Defendant, W.W. Grainger, Inc., demands judgment in its favor and against Defendant, BNP Associates, Inc.

**SWEENEY & SHEEHAN**

By:_____
Robyn F. McGrath
Identification No.:  55892
Attorney for Defendant,
W.W. Grainger Inc.

1515 Market Street, 19th Floor
Philadelphia, PA 19102
(215) 563-9811

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GEORGE MALTMAN and | : | CIVIL ACTION |
| SUSAN MALTMAN, h/w | : | |
| | : | |
| v. | : | |
| | : | |
| BAE, BNP, TURNER CONSTRUCTION | : | |
| and GRAINGER INDUSTRIAL SUPPLY | : | NO.: 02-CV-4582 |

## CERTIFICATION OF SERVICE

I hereby certify that the following counsel of record were served with a true and correct copy of the **REPLY OF DEFENDANT, W.W. GRAINGER, INC., TO CROSSCLAIM OF DEFENDANT, BNP ASSOCIATES, INC.** in the above-captioned matter by U.S. Postal Service, First Class Mail on August 23, 2002:

**SWEENEY & SHEEHAN**

By:_____
Robyn F. McGrath

**INTERESTED COUNSEL:**
Theresa Mogavero Simmons, Esquire
**Cordisco, Bradway & Simmons**
234 Mill Street
Bristol, PA 19007

Brett D. Stecker, Esquire
**Blank, Rome, Comisky & McCauley**
One Logan Square
Philadelphia, PA 19103

Andrew Fylypovych, Esquire
**McKissock & Hoffman**
1700 Market Street
Suite 3000
Philadelphia, PA 19103-3930