IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GEORGE MALTMAN and | : | CIVIL ACTION |
| SUSAN MALTMAN, h/w | : | |
| | : | |
| v. | : | |
| | : | |
| BAE, BNP, TURNER CONSTRUCTION | : | |
| and GRAINGER INDUSTRIAL SUPPLY | : | NO.: 02-CV-4582 |

**RULE 26 INITIAL DISCLOSURES OF DEFENDANT, W.W. GRAINGER, INC.**

Pursuant to Federal Rule of Civil Procedure 26(a), Defendant, W.W. Grainger, Inc., by and through its counsel, Sweeney & Sheehan, P.C., state as follows:

**A.   Names, last known addresses and telephone numbers of individuals likely to have discoverable information:**

Defendant, W.W. Grainger, Inc., has not been able to ascertain whether any product it sold or distributed was in any way involved in the Plaintiff's accident which underlies this litigation. As such, Defendant cannot identify any individual with discoverable information.

**B.   A copy of or a description of all documents, data compilations and tangible things that are in possession, custody or control of the disclosing party:**

See response to A above.

**C.   A computation of damages:**

None.

**D.     Any insurance agreements under which any person or entity may be liable to satisfy all or part of a judgment:**

Travelers Insurance Company, policy period 1/1/99 - 1/1/01; $5,000,000.00 per occurrence, $8,000,000.00 aggregate; $4,975,000.00 deductible.

**SWEENEY & SHEEHAN**

By:_____
       Robyn F. McGrath
       Identification No.: 55892
       Attorney for Defendant,
       W.W. Grainger Inc.

       1515 Market Street, 19th Floor
       Philadelphia, PA 19102
       (215) 563-9811

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GEORGE MALTMAN and | : | CIVIL ACTION |
| SUSAN MALTMAN, h/w | : | |
| | : | |
| v. | : | |
| | : | |
| BAE, BNP, TURNER CONSTRUCTION | : | |
| and GRAINGER INDUSTRIAL SUPPLY | : | NO.: 02-CV-4582 |

## CERTIFICATION OF SERVICE

I hereby certify that the following counsel of record were served with a true and correct copy of the **RULE 26 INITIAL DISCLOSURES OF DEFENDANT, W.W. GRAINGER, INC.** in the above-captioned matter by U.S. Postal Service, First Class Mail on September 16, 2002:

**SWEENEY & SHEEHAN**

By:_____
Robyn F. McGrath

**INTERESTED COUNSEL:**

Theresa Mogavero Simmons, Esquire
**Cordisco, Bradway & Simmons**
234 Mill Street
Bristol, PA 19007

Brett D. Stecker, Esquire
**Blank, Rome, Comisky & McCauley**
One Logan Square
Philadelphia, PA 19103

Andrew Fylypovych, Esquire
**McKissock & Hoffman**
1700 Market Street
Suite 3000
Philadelphia, PA 19103-3930